**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASMINE TROTTER,** *individually and on behalf of all others similarly situated,* ***Plaintiff*** | : | **CIVIL ACTION** |
| **v.** | : | |
| **FOX ROTHSCHILD LLP,** ***Defendant.*** | : | **NO. 26-cv-3931** |

**ORDER**

**AND NOW**, this 23rd day of July 2026, it is hereby **ORDERED** that the Motion for Admission Pro Hac Vice (ECF No. 17) of Brian Middlebrook, Esquire to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

Pro Hac Vice Counsel is directed to the Court's website[1] for information needed to register for ECF in the Eastern District of Pennsylvania.

**Local Counsel and *Pro Hac Vice* Counsel are directed to Judge Kenney's Practices and Procedures,[2] and are further directed to pay attention specifically to court appearances and the guideline as to Rule 16 Conferences.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

[1] NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)
[2] https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney